**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| DAVID HATCHIGIAN AND JOAN RANDAZZO, | : No. 60 EM 2021 |
| | : |
| | : |
| Petitioners | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| AAA CLUB ALLIANCE, INC., AAA MID-ATLANTIC MEMBER RELATIONS, AMERICAN AUTOMOTIVE ASSOCIATION, | : |
| | : |
| | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

    Justice Brobson did not participate in the consideration or decision of this matter.